*Wednesday, October 2, 1991*

## MERIT DOCKET

**91–1137.** State, ex rel. Hwang, v. Mahoning Cty. Court of Common Pleas. In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

WRIGHT, J., would overrule the motion to dismiss, allow an answer, and deny the motion for leave to file *amicus* of Sinkovich.

**91–1474.** State, ex rel. Clark, v. Court of Claims of Ohio. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1522.** State, ex rel. Thrower, v. Zaleski. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.